**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| **MARY HOWARD,** | |
| **Plaintiff,** | |
| **vs.** | **CASE NO.** _____ |
| **TIDEWATER TRANSIT CO., INC.
and GARY GARDNER,** | |
| **Defendants.** | |

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

COME NOW, defendants Tidewater Transit Co., Inc., and Gary Gardner (hereinafter referred to as "defendants"), defendants in a civil action pending in the State Court of Chatham County, Georgia, and file this Notice of Removal of a Civil Action brought by Mary Howard (hereinafter referred to as "plaintiff"). Defendants do not waive any available defenses, and, in fact, specifically reserve the right to later object and move on the basis of all available defenses. The grounds in support of this Notice of Removal are as follows:

1.     **The State Court Action.** Plaintiff filed her Complaint on May 5, 2022, in the State Court of Chatham County, Georgia, under case number STCV22-00767 ("State Court Action"). Defendants timely filed their Answer and Responsive Pleadings on August 31, 2022 in the State Court of Chatham County prior to filing this Notice of Removal.  Pursuant to 28 U.S.C. § 1446(a), copies of the pleadings filed in the State Court Action are attached hereto as Exhibit A. Defendants certify that no other pleadings, process, or orders have been served on them at the time this Notice is filed.

2.      Defendant Tidewater Transit Co., Inc. was purportedly served with the Summons and Complaint on August 2, 2022.

3.      Defendant Gary Gardner was purportedly served notoriously on May 28, 2022, and he consents to the removal of this action.

4.      **This Notice is Timely Pursuant to 28 U.S.C. § 1446(b).** This Notice of Removal of Civil Action is timely pursuant to 28 U.S.C. § 1446(b) because the State Court Action is being removed within the statutory thirty (30) day period after the date that Defendant Tidewater Transit Co., Inc. was served with the Complaint, and defendant Gary Gardner consents to the removal.

5.      **Removal is Appropriate.** Removal of this action is appropriate pursuant to 28 U.S.C. § 1332, because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

6.      Plaintiff Mary Howard is a resident of the State of Florida.

7.      Defendant Tidewater Transit Co., Inc. is a Stock Corporation registered in Virginia with its principal place of business at 6174 U.S. Highway 70 W, La Grange, North Carolina 28551.

8.      Defendant Gary Gardner is a resident of the State of South Carolina.

9.      Plaintiff seeks to recover special damages and general damages in excess of $75,000.00.  Specifically, plaintiff submitted a settlement demand dated July 26, 2021 asserting medical expenses of more than $180,000.00 and seeking to recover $1 million.

10.     **Notice Filed in State Court.** In accordance with the requirements of 28 U.S.C. § 1446(d), upon filing this notice, defendants will give written notice to plaintiff and the Clerk of the State Court of Chatham County, Georgia, stating that this action has been removed to Federal Court by furnishing copies of this notice and all attachments hereto.

WHEREFORE, because this action is between citizens of different states, and the matter in controversy exceeds the sum or value of $75,000.00, defendants pray that the State Court Action be removed to the United States District Court for the Southern District of Georgia, Savannah Division.

This 31st day of August, 2022.

                                                   /s/ William H. Larsen
                                                  WILLIAM H. LARSEN
                                                  State Bar No. 438481
                                                  Attorney for Defendant

MARTIN SNOW, LLP
240 Third Street
P. O. Box 1606
Macon, Georgia 31202-1606
(478) 749-1700
whlarsen@martinsnow.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing DEFENDANTS'

NOTICE OF REMOVAL OF CIVIL ACTION upon:

Jeffrey S. Kaufman
Kaufman & Lynd, PLLC
200 E. Robinson Street, Ste. 400
Orlando, Florida 32901
*Attorney for Plaintiff*

by placing a true and correct copy of same in the United States Mail in an envelope properly

addressed and with adequate postage thereon to ensure delivery thereto.

This 31st day of August, 2022.


                                    /s/ William H. Larsen
                                    WILLIAM H. LARSEN
                                    State Bar No. 438481
                                    Attorney for Defendant

MARTIN SNOW, LLP
240 Third Street
P. O. Box 1606
Macon, Georgia 31202-1606
(478) 749-1700
whlarsen@martinsnow.com