UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| MARY HOWARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV422-210 |
| TIDEWATER TRANSIT CO. INC, and GARY GARDNER, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court previously stayed this case until August 21, 2023. *See* doc. 27. Plaintiff has moved to lift the stay, *see* doc. 31, and to substitute a party, doc. 32. Neither motion indicates that Defendants have consented to the relief sought. *See* docs. 31 & 32. Given the current stay, the Court clarifies Defendants' obligation to respond. Defendants are **DIRECTED** to file their responses to Plaintiff's Motion to Lift Stay, doc. 31, and Motion to Substitute Party, doc. 32, no later than July 28, 2023. *See* S.D. Ga. L. Civ. R. 7.5. Replies shall be governed by Local Rule 7.6.

**SO ORDERED**, this 17th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA