# In the United States District Court for the Southern District of Georgia
## Savannah Division

| | |
|---|---|
| NIKIE WAITS,<br><br>      Plaintiff,<br><br>v.<br><br>TIDEWATER TRANSIT CO. INC. and GARY GARDNER,<br><br>      Defendants. | CV 4:22-210 |

### ORDER

On September 4, 2024, Plaintiff filed a Notice of Voluntary Dismissal. Dkt. No. 53. Because an answer has been filed and the notice is not signed by Defendants, the Court construes the notice as a motion to dismiss. See Fed. R. Civ. P. 41(a)(2). Defendants having filed no response in opposition, the motion is **GRANTED**. Accordingly, Plaintiff's claims are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 19 day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA